## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN JOLLY and )
PATRICIA A. JOLLY, )
                                 )
        Plaintiffs, )
                                   )
     v. )
                                     )
GERALD M. SHAPIRO and )
DAVID S. KREISMAN, )
individually and doing business )
as SHAPIRO & KREISMAN, )
a partnership, )
                                     )
        Defendants. )

02C 1828

JUDGE NORGLE

MAGISTRATE JUDGE NOLAN

### COMPLAINT – CLASS ACTION

### INTRODUCTION

    1.     Plaintiffs bring this action to secure redress for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

    2.     This Court has subject matter jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

    3.     Venue in this District is proper because defendants do business here.

### PARTIES

    4.     Plaintiffs are husband and wife and reside in a home which they own at 11235 S. Sangamon Street, Chicago, IL 60643.

    5.     Plaintiffs are consumers as defined in the FDCPA, in that the debt at issue in

this case is a residential mortgage loan obtained for personal, family or household purposes, namely refinancing of existing personal debts.

6. Defendants are two attorneys who conduct business as Shapiro & Kreisman, a partnership, at 4201 Lake Cook Road, First floor, Northbrook, IL 60062. Their practice consists largely of collecting residential mortgage loans for others.

7. Defendants are debt collectors as defined in the FDCPA.

## FACTS

8. In December 2001, defendants sent plaintiff John Jolly, via the United States Mail, the collection demand attached as Exhibit A and plaintiff Patricia A. Jolly the collection demand attached as Exhibit B. Plaintiffs received them shortly after they were sent.

9. Exhibits A is the first letter John Jolly received from defendants and Exhibit B is the first letter Patricia A. Jolly received from defendants. On information and belief, they are the first letters defendants sent to plaintiffs.

10. Exhibits A and B represent a form letter intended by defendants for use as the initial communication to be sent to a debtor.

## VIOLATION COMPLAINED OF

11. The form represented by Exhibits A-B fails to comply with 15 U.S.C. §1692g, in that it fails to state the amount owed as of the date of the letter, as required, Miller v. McCalla, Miller, 214 F.3d 872 (7th Cir. 2000). In addition, it requires that any dispute be in writing, which is not correct.

## CLASS ALLEGATIONS

12. Plaintiffs bring this claim on behalf of a class, consisting of all individuals

2

who satisfy the following criteria:

      a.    They were sent a letter in the form represented by <u>Exhibits A-B</u> by defendants;

      b.    In connection with a residential mortgage loan;

      c.    On or after a date one year prior to the filing of this action.

13.    The class is so numerous that joinder of all members is impracticable. Defendants file hundreds of foreclosures per year and send a letter similar to <u>Exhibit A</u> in each case.

14.    There are questions of law and fact common to the members of the class, which questions predominate over any questions affecting only individual class members. The principal question is whether <u>Exhibit A</u> violates the FDCPA.

15.    Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

16.    Plaintiffs will fairly and adequately represent the members of the class. Plaintiffs have retained counsel experienced in the prosecution of class actions and FDCPA claims.

17.    A class action is superior for the fair and efficient adjudication of this matter, in that:

      a.    Defendants have inflicted similar injuries to a large number of persons through a single course of conduct;

      b.    Individual actions are not economical;

      c.    Congress expressly contemplated FDCPA class actions as a means of enforcing the statute.

3

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiffs demand trial by jury.

_____
Daniel A. Edelman

I:\case\advanta7.977\pleading\shapirocmplt

4

**<u>EXHIBIT A</u>**

GERALD M. SHAPIRO
Also licensed in Florida
DAVID S. KREISMAN

# SHAPIRO & KREISMAN

Attorneys at Law
4201 Lake Cook Road, First Floor
Northbrook, Illinois 60062
(847) 498-9990
FAX 291-3434

RICHARD B. ARONOW
ROSEMARY KOPRIVA
MARICLARE O'CONNOR
SHERRY K. ZACK
         Also licensed in Florida
MICHAEL C. TIMOTHY
         Also licensed in
         Wisconsin
MICHAEL H. WALSH
BRAD J. BRODY
ANDREW R. PAPKE
TODD J. RUCHMAN
         Also licensed in Ohio
CHRISTOPHER A. CIENIAWA
GREG ELSNIC

December 24, 2001

December 25, 2001

JOHN JOLLY
11235 SOUTH SANGAMON STREET
CHICAGO, IL 60643

RE:   Account #: 11538295

NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 USC 1692, ET SEQ.

The following information is provided as required by the Federal Fair Debt Collections Practices Act:

1.    As of December 13, 2001, our client has advised that the amount of the debt is $74,671.69

2.    The creditor to whom the debt is owed is: BANKERS TRUST COMPANY OF CALIFORNIA

3.    The Fair Debt Collection Practices Act entitles you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter. If you do not dispute the debt within this period, it will be assumed to be valid. The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client  BANKERS TRUST COMPANY OF CALIFORNIA.  If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us in writing thirty (30) days of the date your receive this letter.

4.    If you notify us in writing within (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us in writing within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, BANKERS TRUST COMPANY OF CALIFORNIA, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.    The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before filing a lawsuit to foreclosure on your mortgage.  In the event we do file a lawsuit to foreclosure on your mortgage, within thirty (30) days from the date you receive this letter, you will still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client BANKERS TRUST COMPANY OF CALIFORNIA.

requires us to suspend our efforts to foreclose the mortgage on your property, even if we have already filed the lawsuit until we mail you the information validating the debt and/or until we provide you with the name of the original creditor.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, call (847) 498-9990.

Any written request should be addressed to:

      Fair Debt Clerk
      SHAPIRO & KREISMAN
      4201 Lake Cook Road - 1st floor
      Northbrook, IL 60062

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

SHAPIRO & KREISMAN

By:_____
      Attorney at Law

**<u>EXHIBIT B</u>**

GERALD M. SHAPIRO
Also licensed in Florida
DAVID S. KREISMAN

# SHAPIRO & KREISMAN

Attorneys at Law
4201 Lake Cook Road, First Floor
Northbrook, Illinois 60062
(847) 498-9990
FAX 291-3434

RICHARD B. ARONOW
ROSEMARY KOPRIVA
MARICLARE O'CONNOR
SHERRY K. ZACK
    Also licensed in Florida
MICHAEL C. TIMOTHY
    Also licensed in
    Wisconsin
MICHAEL H. WALSH
BRAD J. BRODY
ANDREW R. PAPKE
TODD J. RUCHMAN
    Also licensed in Ohio
CHRISTOPHER A. CIENIAWA
GREG ELSNIC

December 24, 2001

December 25, 2001

PATRICIA JOLLY
11235 SOUTH SANGAMON STREET
CHICAGO, IL 60643

RE:    Account #: 11538295

NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 USC 1692, ET SEQ.

The following information is provided as required by the Federal Fair Debt Collections Practices Act:

1.    As of December 13, 2001, our client has advised that the amount of the debt is $74,671.69

2.    The creditor to whom the debt is owed is: BANKERS TRUST COMPANY OF CALIFORNIA

3.    The Fair Debt Collection Practices Act entitles you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter. If you do not dispute the debt within this period, it will be assumed to be valid. The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client BANKERS TRUST COMPANY OF CALIFORNIA.  If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us in writing thirty (30) days of the date your receive this letter.

4.    If you notify us in writing within (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us in writing within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, BANKERS TRUST COMPANY OF CALIFORNIA, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.    The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before filing a lawsuit to foreclosure on your mortgage.  In the event we do file a lawsuit to foreclosure on your mortgage, within thirty (30) days from the date you receive this letter, you will still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client BANKERS TRUST COMPANY OF CALIFORNIA.

6.    If you request proof of the debt or any portion thereof or if you request the name of the original creditor within thirty (30) days from the date you receive this letter, the Fair Debt Collection Practices Act

requires us to suspend our efforts to foreclose the mortgage on your property, even if we have already filed the lawsuit until we mail you the information validating the debt and/or until we provide you with the name of the original creditor.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, call (847) 498-9990.

Any written request should be addressed to:

> Fair Debt Clerk
> SHAPIRO & KREISMAN
> 4201 Lake Cook Road - 1st floor
> Northbrook, IL 60062

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

SHAPIRO & KREISMAN


By:_____
     Attorney at Law

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

DOCKETE

MAR 1 3 20

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the u of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JOHN JOLLY and PATRICIA A. JOLLY

**DEFENDANTS**

GERALD M. SHAPIRO and DAVID S. KREISMAN, individually and d/b/a SHAPIRO & KREISMAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___Cook___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Edelman, Combs & Latturner, LLC
120 S. LaSalle St., 18th Floor
Chicago, Illinois 60603

ATTORNEYS (IF KNOWN)

02C 1828

JUDGE NORGLE    MAGISTRATE JUDGE NOLAN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justic |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. subsec. 1692 et seq., Fair Debt Collection Practices Act ("FDCPA")

**VII. REQUESTED IN COMPLAINT**
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 3/12/02

SIGNATURE OF ATTORNEY OF RECORD

DOCKETED
MAR 1 3 2002

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**
JOHN JOLLY and PATRICIA A. JOLLY
    v.
GERALD M. SHAPIRO and DAVID S. KREISMAN,
individually and d/b/a SHAPIRO & KREISMAN

Case Number: **02C 1828**

JUDGE NORGLE

FILED-EDS
02 MAR 12 PM 4: 05
CLERK
U.S. DISTRICT COURT

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

Plaintiffs John Jolly and Patricia A. Jolly

MAGISTRATE JUDGE NOLAN

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Daniel A. Edelman | NAME Cathleen M. Combs |
| FIRM EDELMAN COMBS & LATTURNER, LLC | FIRM EDELMAN COMBS & LATTURNER, LLC |
| STREET ADDRESS 120 S. LaSalle Street 18th Floor | STREET ADDRESS 120 S. LaSalle Street 18th Floor |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 739-4200 | TELEPHONE NUMBER (312) 739-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00712094 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00472840 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE Francis R. Greene |
| NAME James O. Latturner | NAME Francis R. Greene |
| FIRM EDELMAN COMBS & LATTURNER, LLC | FIRM EDELMAN COMBS & LATTURNER, LLC |
| STREET ADDRESS 120 S. LaSalle Street 18th Floor | STREET ADDRESS 120 S. LaSalle Street 18th Floor |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 739-4200 | TELEPHONE NUMBER (312) 739-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 01588095 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06272313 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |