# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

**DOCKETED**
FEB 0 5 2003

DISMISSAL PER FRAP 42(b)

Date: February 3, 2003

By the Court:

No. 03-1018

JOHN JOLLY and PATRICIA A. JOLLY,
        Plaintiffs - Appellants
  v.

GERALD M. SHAPIRO, DAVID S. KREISMAN, individually and doing business as SHAPIRO & KREISMAN and SHAPIRO & KREISMAN, a partnership,
        Defendants - Appellees

**FILED**
FEB 4 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 02 C 1828, Charles R. Norgle, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellants on 1/31/03,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

_Shannon Aguilar_ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.