# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DOCKETED**
FEB 0 5 2003

## NOTICE OF ISSUANCE OF MANDATE

DATE: February 3, 2003

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

FROM: Gino J. Agnello, Clerk

RE: 03-1018
Jolly, John v. Shapiro, Gerald M.
02 C 1828, Charles R. Norgle, Judge

FILED
FEB 4 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____        _____
(1203-052495)                                 Deputy Clerk, U.S. District Court

Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

03-1018

------------------------------
(fold)

Enclosed is a copy of a document issued by this court in the following captioned case.  Since this will be the only copy your firm/office will receive, if applicable, please circulate this order to other members of your firm/office who may have an interest in this case.

------------------------------
(fold)