# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF RECORD RETURN

**DATE:** February 13, 2003

**TO:** Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**FROM:** Gino J. Agnello, Clerk

**RE:** 03-1018
Jolly, John v. Shapiro, Gerald M.
02 C 1828, Charles R. Norgle, Judge

FILED FEB 1 4 2003
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

FEB 1 9 2003

The mandate or agency closing letter in this cause issued on 2/3/03.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [2] | Volumes Pleadings |
| [2] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative